Christopher W. Arledge (Bar No. 200767)
Email: carledge@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Molly J. Magnuson (Bar No. 229444)
Email: mmagnuson@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Defendant,*
*9Global. Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LLOYD, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>VIPUL GUPTA, an individual; NANDITA GUPTA, an individual; ASHOK GUPTA, an individual; BHARAT GUPTA, an individual; AKSHAY GUPTA, an individual; 60MONTHLOANS, INC., a California Corporation, and Does 1 through 50, inclusive,<br><br>　　　　Defendants,<br><br>　and<br><br>9GLOBAL, INC., a California Corporation,<br><br>　　　　Defendant and Nominal Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.  3:15-cv-04183-MEJ<br>Hon. Maria-Elena James<br><br>**STIPULATION FOR ORDER GRANTING DEFENDANT 9GLOBAL, INC. LEAVE TO FILE A SECOND AMENDED ANSWER; [~~PROPOSED~~] ORDER** |

**STIPULATION FOR LEAVE TO FILE FOR 9GLOBAL TO FILE SECOND AMENDED ANSWER;**
**[PROPOSED] ORDER**

WHEREAS, this action was originally filed by Plaintiff Elizabeth Lloyd ("Plaintiff") in San Mateo Superior Court on August 12, 2015;

WHEREAS, on September 11, 2015, Defendant 9Global, Inc. ("Defendant") filed an Answer to Plaintiff's complaint (the "Answer") in the Superior Court as a general denial pursuant to state-specific procedures;

WHEREAS, this action was removed to this Court on September 14, 2015;

WHEREAS, Defendant filed an Amended Answer to the Complaint in this Court on December 1, 2015;

WHEREAS, Plaintiff has demanded that Defendant again amend its answer and, in doing so, has argued that Defendant's Amended Answer fails to comply with Rule 11 of the Federal Rules of Civil Procedure;

WHEREAS, although Defendant disputes that the Amended Answer fails to comply with Rule 11, it has voluntarily agreed to file a Second Amended Answer;

WHEREAS, Plaintiff has indicated that she will stipulate to Defendant filing a Second Amended Answer;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that Defendant shall be granted leave to file a Second Amended Answer, and that such Answer shall be filed within 7 days of the date the Court grants the Parties' stipulation.

Respectfully submitted,

Dated:  January 4, 2016             **ONE LLP**

By: /s/ Molly J. Magnuson
    Christopher W. Arledge
    Molly J. Magnuson
    Attorney for Defendant,
    9Global, Inc.

| | |
|---|---|
| Dated:  January 4, 2016 | **ALTO LITIGATION, PC** |
| | By: /s/ Bahram Seyedin-Noor |
| | Bahram Seyedin-Noor |
| | Attorneys for Plaintiff, |
| | Elizabeth Lloyd |

## [PROPOSED] ORDER

Pursuant to the Stipulation, it is hereby ORDERED that Defendant 9Global, Inc. is granted leave to file a Second Amended Answer within 7 days of the date of this Order.

Dated: January 5, 2016

_____
Hon. Maria-Elena James
United States Magistrate Judge