UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH LLOYD,<br><br>  Plaintiff,<br><br>  v.<br><br>VIPUL GUPTA, et al.,<br><br>  Defendants. | Case No.  15-cv-04183-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On February 2, 2016, Plaintiff Elizabeth Lloyd filed a Motion for Partial Summary Judgment, with a noticed hearing date of March 31, 2016.  Dkt. No. 33.  However, Defendants failed to file any opposition(s) pursuant to Civil Local Rule 7.  Accordingly, the Court hereby VACATES the motion hearing and ORDERS Defendants to show cause why sanctions should not be imposed, including granting Plaintiff's motion, for failure to comply with court deadlines.  Defendants shall file declaration(s) in response by February 25, 2016.  If responsive declaration(s) are filed, the Court shall either issue an order based on the declaration(s) or conduct a hearing on March 10, 2016 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  <u>Notice is hereby given to Defendants that the Court may grant Plaintiff's motion without a hearing if no responsive declaration is filed.</u>  Thus, it is imperative that the Court receive a written response by the deadline above.

No chambers copies are required.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge