ROBERT G. LOEWY
LAW OFFICES OF ROBERT G. LOEWY, P.C.
101 Enterprise, Suite 350
Aliso Viejo, California  92660
Phone: (949) 442-7103; Fax: (949) 242-5105
Email: rloewy@rloewy.com

Attorneys for Defendants
VIPUL GUPTA, NANDITA GUPTA, ASHOK GUPTA, BHARAT GUPTA, AKSHAY GUPTA, AND 60MONTHLOANS, INC.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| ELIZABETH LLOYD, | Case No. 3:15-cv-04183-MEJ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE HEARING AND BRIEFING DATES ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST NANDITA GUPTA |
| v. | |
| VIPUL GUPTA, *et al.*, | |
| Defendants. | |
| AND RELATED CROSS ACTION | |

The Court, having read the Stipulation of the parties to Continue Hearing and Briefing Dates on Plaintiff's Motion for Partial Summary Judgment against Nandita Gupta, and good cause appearing therefor, now orders as follows:

1. The hearing on Plaintiff's Motion for Partial Summary Judgment [Dkt No. 33] is continued from June 9, 2016 until ____July 21, 2016 at 10:00 a.m.____;

2. Ms. Gupta's opposition is due no later than ____June 23, 2016____;

3. Plaintiff's reply is due no later than ____July 7, 2016____.

Dated: ____May 12, 2016____   By: _____
U.S. Magistrate Judge Maria-Elena James