BAHRAM SEYEDIN-NOOR, State Bar No. 203244
BRYAN J. KETROSER, State Bar No. 239105
ALTO LITIGATION, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 830-5897
Facsimile: (866) 654-7207
Email: bahram@altolit.com
Email: bryan@altolit.com

Attorneys for Plaintiff and Counter-Defendant,
ELIZABETH LLOYD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LLOYD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>VIPUL GUPTA, an individual; NANDITA GUPTA, an individual; ASHOK GUPTA, an individual; BHARAT GUPTA, an individual; AKSHAY GUPTA, an individual; 60MONTHLOANS, INC., a California Corporation, and Does 1 through 50, inclusive,<br><br>Defendants,<br><br>and<br><br>9GLOBAL, INC., a California Corporation,<br><br>Defendant & Nominal Defendant. | Case No. 3:15-cv-04183-MEJ<br><br>**NOTICE OF SETTLEMENT AND ORDER WITHDRAWING MOTION FOR PARTIAL SUMMARY JUDGMENT AND VACATING MOTION HEARING**<br><br><br>Judge: Hon. Maria-Elena James |
| 9GLOBAL, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>ELIZABETH LLOYD, an individual,<br><br>Counter-Defendant. | |

This stipulation is entered into by and among Plaintiff and Counter-Defendant Elizabeth Lloyd ("Lloyd"); the Defendant, Counter-Plaintiff and Nominal Defendant 9Global, Inc. ("9Global"); and the other defendants named in this action (Vipul Gupta, Nandita Gupta, Ashok Gupta, Bharat Gupta, Akshay Gupta, and 90MonthLoans, Inc.) (together, the "Gupta Defendants"), through their attorneys of record.

WHEREAS, on August 12, 2015 Plaintiff filed a complaint (the "Complaint") styled *Elizabeth Lloyd v. Vipul Gupta, et al.*, Case No. CIV 535048, in the Superior Court of the State of California for the County of San Mateo;

WHEREAS, on September 4, 2015, Defendants removed the action to this Court based on federal question jurisdiction, and the case was assigned Case No, 3:15-cv-04183-MEJ;

WHEREAS, on December 1, 2015, 9Global filed counterclaims against Lloyd;

WHEREAS, on February 2, 2016, Lloyd filed a motion for partial summary judgment, derivatively on behalf of 9Global, against Defendant Nandita Gupta (Dkt. Nos. 33-35);

WHEREAS, on April 28, 2016, Lloyd, the Gupta Defendants, and 9Global, along with their respective counsel, participated in a mediation session before the Honorable James Larson (Ret.) in an attempt to resolve Plaintiff's claims and the 9Global's counterclaims (together, the "Claims");

WHEREAS, after further settlement negotiations, all parties reached an agreement in principal to resolve all Claims asserted in the action;

WHEREAS, on May 25, 2016 the parties agreed via e-mail to a Memorandum of Understanding outlining the terms of this agreement;

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. Lloyd's Motion for Partial Summary Judgment (Dkt. No. 33) is withdrawn, without prejudice to Lloyd's right to re-file such motion.

2. The hearing on Lloyd's Motion for Partial Summary Judgment, currently scheduled for July 21, 2016, will be taken off the calendar and no further papers in opposition to, or in support of Lloyd's Motion for Partial Summary Judgment shall be filed with the Court.

NOTICE OF SETTLEMENT AND STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION AND VACATING MOTION HEARING
CASE NO. 3:15-cv-04183-MEJ

1

1        3.    All other deadlines for this matter, including trial and discovery deadlines, will be
2  taken off calendar pending the Court's review of Plaintiff's anticipated Motion for Preliminary
3  Approval of Settlement, which Plaintiff will file within a reasonable time hereafter.

5  Dated: May 31, 2016                         Respectfully Submitted,

7                                    **ALTO LITIGATION, PC**

8                                By:   */s/ Bahram Seyedin-Noor*
9                                     BAHRAM SEYEDIN-NOOR

10                                  Attorneys for Plaintiff and
11                                  Counter-Defendant ELIZABETH LLOYD

NOTICE OF SETTLEMENT AND STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION AND VACATING MOTION HEARING
CASE NO. 3:15-cv-04183-MEJ

2

| | |
|---|---|
| 1 | *I, Bahram Seyedin-Noor, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Plaintiff's Motion for Partial Summary Judgment and Vacating Motion Hearing.  In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that Christopher W. Arledge has concurred in this filing.* |

Dated:  May 31, 2016                                **ONE LLP**

                                                                By:   */s/ Christopher W. Arledge*
                                                                        CHRISTOPHER W. ARLEDGE

                                                                        Attorneys for Defendant, Nominal Defendant
                                                                        and Counter-Plaintiff 9GLOBAL, INC.

NOTICE OF SETTLEMENT AND STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION AND VACATING MOTION HEARING
CASE NO. 3:15-cv-04183-MEJ

3

*I, Bahram Seyedin-Noor, am the ECF user whose ID and password are being used to file this Notice of Settlement and Stipulation and [Proposed] Order Withdrawing Plaintiff's Motion for Partial Summary Judgment and Vacating Motion Hearing. In compliance with Local Civil Rule 5-1(i)(3), I hereby attest that Robert G. Loewy has concurred in this filing.*

Dated: May 31, 2016　　　　　　　　　　**LAW OFFICE OF ROBERT G. LOEWY, P.C.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Robert G. Loewy*
　　　　　　　　　　　　　　　　　　　　ROBERT G. LOEWY

　　　　　　　　　　　　　　　　　　Attorneys for Defendants VIPUL GUPTA, NANDITA GUPTA, ASHOK GUPTA, BHARAT GUPTA, AKSHAY GUPTA, AND 60MONTHLOANS, INC.

NOTICE OF SETTLEMENT AND STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION AND VACATING MOTION HEARING
CASE NO. 3:15-cv-04183-MEJ

4

\*     \*     \*

**ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Lloyd's Motion for Partial Summary Judgment (Dkt. No. 33) is voluntarily withdrawn, without prejudice to Lloyd's right to re-file such motion.

2. The hearing on Lloyd's Motion for Partial Summary Judgment, currently scheduled for July 21, 2016, is vacated and no further papers in opposition to, or in support of Lloyd's Motion to dismiss shall be filed with the Court.

3. Plaintiff will submit a Motion for Preliminary Approval of Settlement by July 14, 2016. If no motion is filed, the parties shall instead file a joint status report by July 14.

IT IS SO ORDERED.

DATED: May 31, 2016

                HON. MARIA-ELENA JAMES
                United States Magistrate Judge

NOTICE OF SETTLEMENT AND STIP. AND [PROPOSED] ORDER WITHDRAWING MOTION AND VACATING MOTION HEARING
CASE NO. 3:15-cv-04183-MEJ

5