BAHRAM SEYEDIN-NOOR, State Bar No. 203244
BRYAN KETROSER, State Bar No. 239105
ALTO LITIGATION, PC
4 Embarcadero Center, Suite 1400
San Francisco, CA 94111
Telephone: (415) 868-5602
Facsimile: (866) 654-7207
Email: bahram@altolit.com
Email: bryan@altolit.com

Attorneys for Plaintiff and Counter-Defendant,
ELIZABETH LLOYD

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA,
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH LLOYD, an individual, | Case No. 3:15-cv-04183-MEJ |
| Plaintiff, | **JOINT DISMISSAL WITH PREJUDICE FOR ENTRY OF FINAL JUDGMENT ON ALL CLAIMS AND COUNTERCLAIMS IN THIS ACTION** |
| v. | |
| VIPUL GUPTA, an individual; NANDITA GUPTA, an individual; ASHOK GUPTA, an individual; BHARAT GUPTA, an individual; AKSHAY GUPTA, an individual; 60MONTHLOANS, Inc., a California Corporation, and Does 1 through 50, inclusive, | Judge:  Hon. Maria-Elena James |
| Defendants, | |
| and | |
| 9GLOBAL, INC., a California Corporation, | |
| Defendant and Nominal Defendant. | |

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by
3  them and approved by the Court, to the dismissal with prejudice and for entry of final judgment on
4  all claims and counterclaims in this action.

6  Agreed to and submitted by:

8  Dated:  September 28, 2016                Respectfully submitted,

9                                            By:  /s/ Bryan Ketroser
                                                  Bryan Ketroser

11                                           BAHRAM SEYEDIN-NOOR, Bar No. 203244
                                             BRYAN KETROSER, Bar No. 239105
                                             ALTO LITIGATION, PC
12                                           4 Embarcadero Center, Suite 1400
                                             San Francisco, CA 94111
13                                           Telephone: (415) 830-5897
                                             Facsimile: (866) 654-7207
14                                           Email: bahram@altolit.com
                                             Email: bryan@altolit.com
15

16                                           Attorneys for Plaintiff and Counter-Defendant,
                                             ELIZABETH LLOYD
17

18  Dated:  September 28, 2016                Respectfully submitted,

19                                            By:  /s/ Christopher W. Arledge
                                                   Christopher W. Arledge
20
21                                            PETER R. AFRASIABI, Bar No. 19336
                                              CHRISTOPHER W. ARLEDGE, Bar No. 200767
                                              MOLLY J. MAGNUSON, Bar No. 229444
22                                            ONE LLP
                                              4000 MacArthur Boulevard East Tower, Suite 500
23                                            Newport Beach, CA 92660
                                              Telephone: (949) 502-2870
24                                            Facsimile: (949) 258-5081
                                              E-mail: pafrasiabi@onellp.com
25                                            E-mail: carledge@onellp.com
                                              E-mail: mmagnuson@onellp.com
26

27

28
                                              1
                        JOINT DISMISSAL WITH PREJUDICE
     FOR ENTRY OF FINAL JUDGMENT ON ALL CLAIMS AND COUNTERCLAIMS IN THIS ACTION
                              CASE NO. 3:15-cv-04183-MEJ

JOANNA ARDALAN, Bar No. 285384
ONE LLP
9301 Wilshire Boulevard
Penthouse Suite
Beverly Hills, CA 90210
Telephone: (310) 437-8665
Facsimile: (310) 943-2085
E-mail: jardalan@onellp.com

Attorneys for Defendant and Nominal Defendant, and Counterclaimant,
9GLOBAL, INC.

Dated: September 28, 2016

Respectfully submitted,

By: /s/ Robert G. Loewy
    Robert G. Loewy

ROBERT G. LOEWY, Bar No. 179868
LAW OFFICES OF ROBERT G. LOEWY, P.C.
101 Enterprise, Suite 350
Aliso Viejo, California 92660
Telephone: (949) 442-7103
Facsimile: (949) 242-5105
E-mail: rloewy@rloewy.com

Attorney for Defendants,
VIPUL GUPTA, NANDITA GUPTA, ASHOK GUPTA, BHARAT GUPTA, AKSHAY GUPTA, AND 60MONTHLOANS, INC.

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED**

This action is dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The entire action, including all claims and counterclaims against all parties, is hereby dismissed with prejudice.

Dated: __Sept. 29__, 2016

_____
HON. MARIA-ELENA JAMES